Breeden, Appellant, *v.* Breeden.

Argued November 11, 1969. *H. David Rothman,* for appellant; *Floyd L. Arbogast, Jr.,* for appellee.

OPINION PER CURIAM: Order and judgment affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused a decree in divorce in this case.

Choich *v.* Novak, Appellant.

Argued November 12, 1969. *Samuel C. Holland,* with him *Oran W. Panner,* and *Panner, Holland and Autenreith,* for appellant; *Edward J. Tocci,* with him *Duplaga, Tocci & Palmieri,* for appellee.

Order affirmed.

Commonwealth ex rel. Massimo, Appellant, *v.* Massimo.

Argued November 13, 1969. *Caram J. Abood,* with him *Green, Gibson & Abood,* for appellant; *Ernest R. Walker,* with him *Franke, Ayres, Hager, Kuyat & Walker,* for appellee.

Order affirmed.